

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

DeBerry 3 Operating Company, LLC,
Appellant

No. 06-15-00036-CV        v.

Quitman Independent School District, et al.,
Appellees

Appeal from the 402nd Judicial District Court of Wood County, Texas (Tr. Ct. No. T-3625).  Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution.  Therefore, we dismiss the appeal.

We further order that the appellant, DeBerry 3 Operating Company, LLC, pay all costs of this appeal.

RENDERED JULY 24, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk